

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-458-CV

IN RE AAA WORLD FURNITURE, LLC,                        RELATORS
ALI MAVANI AND SALIM VIRANI

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relators' petition for writ of mandamus is denied.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL:  DAUPHINOT, J.; CAYCE, C.J.; and WALKER, J.

DELIVERED:  December 23, 2008

---

[1] *See* TEX. R. APP. P. 47.4.